Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton, Suite 520
Fort Worth, Texas 76102
Telephone: (817) 347-5260
Facsimile: (817) 347-5269
Email: laurie.rea@romclaw.com

COUNSEL FOR THE CHAPTER 11 TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re | § | |
| | § | |
| TAG MOBILE, LLC, | § | Chapter 11 |
| | § | |
| Debtor. | § | Case No. 17-33791-SGJ-11 |
| | § | |

**TRUSTEE'S MOTION FOR ENTRY OF ORDER AUTHORIZING
CHANGE OF DEBTOR'S NAME**

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON FEBRUARY 13, 2024, AT 1:30 P.M. IN COURTROOM 1, 14TH FLOOR OF THE EARLE CABELL FEDERAL BUILDING, 1100 COMMERCE STREET, DALLAS TX 75242.**

**IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING, SPECIFICALLY ANSWERING EACH PARAGRAPH IN THIS PLEADING, UNLESS OTHERWISE DIRECTED BY THE COURT.**

**YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY-FOUR DAYS FROM THE DATE YOU WERE SERVED WITH THIS PLEADING. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

TO THE HONORABLE STACEY G.C. JERNIGAN, UNITED STATES BANKRUPTCY JUDGE:

Robert Yaquinto, Jr. ("Trustee"), the chapter 11 trustee of TAG Mobile, LLC (the "Debtor"), files this *Motion for Entry of Order Authorizing Change of Debtor's Name* (the "Motion"). In support of this Motion, the Trustee respectfully represent as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core matter under 28 U.S.C. § 157(b)(2). Venue is proper under 28 U.S.C. §§ 1408 and 1409. The statutory and other predicates for the relief requested herein are 11 U.S.C. §§ 105(a), 363(b), and Federal Rule of Bankruptcy Procedure 6004.

## BACKGROUND

2. The Debtor's business consisted of providing mobile telephone and internet/data services primarily to low-income customers through the FCC's Lifeline Program.

3. On October 5, 2017, the Debtor's petitioning creditors filed an involuntary petition for relief under chapter 7 of the Bankruptcy Code. On January 30, 2018, after the Debtor's consent, the Court entered the *Order for Relief in an Involuntary Case*. On February 2, 2018, the Court entered an order converting the Bankruptcy Case to a case under chapter 11 of the Bankruptcy Code.

4. On October 11, 2018, the Court appointed the Trustee, Robert Yaquinto, Jr., as the Chapter 11 Trustee of the Debtor.

5. On March 29, 2023, the Court entered an order (the "Sale Order") granting the Trustee's motion to sell substantially all of the Debtor's assets to Henry Do or his designee (the "Buyer") [Docket No. 511].

6. On April 25, 2023, the Trustee and the Buyer completed the First Closing (as defined in the Sale Order). *See* Docket No. 514.

7. On November 22, 2023, the California Public Utilities Commission issued its ruling permitting the transfer of control of the California ETC designation. Accordingly, the parties are in the process of completing the California Closing (as defined in the Sale Order). Among other things, the Sale Order approved the Second Amended Asset Purchase Agreement (the "APA"), which provides that the Debtor will transfer its name to the Buyer.

## RELIEF REQUESTED

8. The Trustee asks the Court to permit him to legally change TAG Mobile, LLC's name to "GAT Elibom, LLC." The Trustee makes this request so that the Buyer can use the name of TAG Mobile upon completion of the closing of the sale.

9. By this motion, the Trustee requests the entry of the order substantially in the form attached as **Exhibit A**.

## AUTHORITY FOR THE RELIEF REQUESTED

10. Section 363(b)(1) of the Bankruptcy Code provides that "the trustee, after notice and a hearing may use, sell, or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1). Further, Bankruptcy Code Section 105(a) empowers the Court to "issue any order, process or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a).

11. The Trustee seeks to change its name so that the Buyer can use the name "TAG Mobile" upon closing as provided in the APA and the Sale Order. Changing TAG Mobile, LLC's name to GAT Elibom, LLC is within the Trustee's business judgment.

12. Upon approval of the name change, the Trustee respectfully requests that the Court direct the clerk's office to restyle the case as "GAT Elibom, LLC f/k/a TAG Mobile, LLC," as follows:

| | | |
|---|---|---|
| In re | § | |
| | § | |
| GAT Elibom, LLC, f/k/a TAG MOBILE, LLC, | § | Chapter 11 |
| | § | |
| | § | Case No. 17-33791-SGJ-11 |
| Debtor. | § | |
| | § | |

13. For these reasons, the Trustee respectfully requests that the Court approve the name change of TAG Mobile, LLC to GAT Elibom, LLC.

14. To the extent that the relief sought in the Motion constitutes use of property under Bankruptcy Code Section 363(b), the Trustee seeks a waiver of the fourteen-day stay under Bankruptcy Rule 6004(h).

## **CONCLUSION**

15. The Trustee respectfully requests that the Court enter an order substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and grant such other relief as the Court deems just, proper, and equitable.

Dated: January 18, 2024.                Respectfully submitted,

/s/ Laurie Dahl Rea
Laurie Dahl Rea
State Bar No. 00796150
Rochelle McCullough, LLP
300 Throckmorton, Suite 520
Fort Worth, Texas 76102
Telephone: (817) 347-5260
Facsimile: (817) 347-5269
Email: laurie.rea@romclaw.com

COUNSEL FOR THE CHAPTER 11 TRUSTEE

## CERTIFICATE OF SERVICE

     I hereby certify that, on January 18, 2024, a true and correct copy of the foregoing document has been electronically filed in the above captioned case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system, a copy was served on the parties who receive notice via the Court's ECF notification system, and a copy was served by mail to the parties on the attached service list.

                                  /s/ Laurie Dahl Rea
                                  Laurie Dahl Rea

# Exhibit A

# Order Approving Debtor's Name Change

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| TAG MOBILE, LLC, | § | Chapter 11 |
| | § | |
| Debtor. | § | Case No. 17-33791-SGJ-11 |
| | § | |

## ORDER AUTHORIZING DEBTOR'S NAME CHANGE

The Court has considered the *Trustee's Motion for Entry of an Order Authorizing Change of Debtor's Name* (the "Motion") filed by Robert Yaquinto, Jr. (the "Trustee"). After consideration of the Motion and the record in this case, the Court finds as follows: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; (d) the relief requested is necessary for the Trustee to comply with the Sale Order and the APA (as those terms are defined in the Motion); (e) the Trustee

provided proper notice of the Motion; and (f) the legal and factual bases set forth in the Motion and at the hearing established just cause for the relief granted herein. It is therefore

**ORDERED** that the Motion is granted as set forth in this Order; and it is further

**ORDERED** that the terms and conditions of this Order shall be immediately effective and enforceable upon entry; and it is further

**ORDERED** that the Trustee is authorized to take all actions necessary to change the Debtor's name to "GAT Elibom, LLC"; and it is further

**ORDERED** that this case shall be styled as follows and all future pleadings shall use the following caption:

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re | § | |
| | § | |
| GAT ELIBOM, LLC, f/k/a TAG MOBILE, LLC, | § | Chapter 11 |
| | § | |
| | § | Case No. 17-33791-SGJ-11 |
| Debtor. | § | |

**# # # End of Order # # #**