Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton, Suite 520
Fort Worth, Texas 76102
Telephone: (817) 347-5260
Facsimile: (817) 347-5269
Email: laurie.rea@romclaw.com

COUNSEL FOR THE CHAPTER 11 TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 CASE |
| | ) | |
| GAT ELIBOM, LLC, f/k/a TAG MOBILE, LLC, | ) | CASE NO. 17-33791-sgj-11 |
| Debtor. | ) | |

**MOTION TO CONVERT CASE TO CHAPTER 7**

TO THE HONORABLE STACEY G.C. JERNIGAN, UNITED STATES BANKRUPTCY JUDGE:

Robert Yaquinto, Jr., the Chapter 11 Trustee ("Trustee"), files this *Motion to Convert Case to Chapter 7* (the "Motion"). In support of the Motion, the Trustee states as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157(a) and 1334. The Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper before the Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**BACKGROUND**

2. The Debtor's business consisted of providing mobile telephone and internet/data services primarily to low-income customers through the FCC's Lifeline Program.

3. On October 5, 2017, the Debtor's petitioning creditors filed an involuntary petition

for relief under chapter 7 of the Bankruptcy Code. On January 30, 2018, after the Debtor's consent, the Court entered the *Order for Relief in an Involuntary Case*. On February 2, 2018, the Court entered an order converting the Bankruptcy Case to a case under chapter 11 of the Bankruptcy Code.

4. On October 11, 2018, the Court appointed the Trustee, Robert Yaquinto, Jr., as the Chapter 11 Trustee of the Debtor. The Trustee has been operating the Debtor's business since his appointment, while trying to sell the Debtor's business and assets and obtain all necessary regulatory approvals for the closing of any sale.

5. On March 29, 2023, the Court entered an order (the "Sale Order") granting the Trustee's motion to sell substantially all the Debtor's assets to Henry Do or his designee (the "Buyer"). *See* Docket No. 511.

6. On April 25, 2023, the Trustee and the Buyer completed the First Closing (as defined in the Sale Order). *See* Docket No. 514. On February 8, 2024, the Trustee and the Buyer completed the California Closing (as defined in the Sale Order). *See* Docket No. 558.

7. On February 15, 2024, the Court entered an order granting the Trustee's motion to change the Debtor's name so that the Buyer could use the name of TAG Mobile upon completion of the closing of the sale as provided in the Sale Order.

8. The sale process is now complete, and the Trustee has transitioned the business to the Buyer. The trustee is no longer operating the business.

**RELIEF REQUESTED**

9. The Trustee seeks an order converting this case to chapter 7.

10. Section 1112(b)(1) requires the Court to convert a case from chapter 11 to a chapter 7 at the request of a party in interest upon showing of "cause." In this situation, the Court's

alternatives under section 1112(b)(1) are to dismiss the case or convert it to chapter 7, whichever is in the best interest of creditors.

11. The Trustee asserts cause for conversion to chapter 7 for the following reasons: (a) the Debtor's business assets and operations have been sold, hence the Debtor is no longer operating and cannot rehabilitate through a plan of reorganization; (b) conversion of the chapter 11 case to a chapter 7 case will allow this case to conclude more quickly than a chapter 11 plan of liquidation; and (c) dismissal of the case is not in the creditors' best interest.

## CONCLUSION

WHEREFORE, the Trustee respectfully requests that the Court enter an order converting this case to chapter 7 and grant all other relief as to which he is entitled.

DATED: February 21, 2024

/s/ Laurie Dahl Rea
Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton, Suite 520
Fort Worth, Texas 76102
Telephone: (817) 347-5260
Facsimile: (817) 347-5269
Email: laurie.rea@romclaw.com

COUNSEL FOR THE CHAPTER 11 TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that, on February 21, 2024, a true and correct copy of the foregoing document was electronically filed in the above captioned case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system and a copy was served on the parties who receive notice via the Court's ECF notification system. On the same date, a copy was served via first class U.S. mail on each of the parties set forth on the attached service list.

/s/ Laurie Dahl Rea
Laurie Dahl Rea